

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00331-CV

IN RE MARK NEWBY                                           RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED: August 10, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).